# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five.

_____

| | |
|---|---|
| Massapequa Union Free School District, Massapequa Union Free School District Board of Education, Jeanine Caramore, in her capacity as a Board of Education Member and a Resident/Parent of the School Community, | **ORDER**<br><br>Docket No. 25-1135 |

    Plaintiffs - Appellants,

 v.

New York State Board of Regents, et al.,

    Defendants - Appellees.

_____

Appellants move to withdraw the appeal without prejudice to the filing of a subsequent appeal from the underlying case.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court